IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00009-LTB

YOUNG YIL JO,

    Plaintiff,

v.

SIX UNKNOWN NAMED AGENTS, and
BARAK OBAMA, Mr. President of the United States,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 10, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 10 day of February, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/  T.Lee
                     Deputy Clerk